## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Michael B. Shepperd, Patricia A. Shepperd, | : : : | Case No. 20-22083-GLT |
| Debtors. | : : | Chapter 13 |
| Michael B. Shepperd, Patricia A. Shepperd, | : : : : | |
| Movants, | : : | Document No.: 18 |
| v. | : : | Related to Document No.: 10, 12 |
| AAA Financial Services, Allegheny Opthalmic & Orbital Assoc, America's Servicing Company, American Education Services, Bank of America, Bank of America Home Loans, Care Credit/SYNCB, Carrington Mortgage Services LLC, Citi Cards, Comenity – New York & Co, ECMC, Genesis Credit, Internal Revenue Service, IRS, Janet Shepperd, LVNV Funding LLC, Midland Funding LLC, Navy Federal Credit Union, PNC Bank, Portfolio Recovery Associates, Quantum3 Group LLC, Sears Credit Cards, Synchrony Bank, Synchrony Bank/Levin, The Surgery Center at Cranberry, U.S. Attorneys Office, U.S. Bank National Association, USAA Credit Cards, | : : : : : : : : : : : : : : : | **Hearing Date and Time:** July 29, 2020 at 11:00 a.m. |
| Creditors, and | : : : | |
| Ronda J. Winnecour, Trustee, | : : | |
| Respondents. | : | |

### CERTIFICATION OF NO OBJECTION REGARDING EXPEDITED MOTION TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS UNDER 11 U.S.C §362(C)(3)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Expedited Motion filed on July 14, 2020 at Document No. 10 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the

Order Setting Hearing at Document No. 12, Objections were to be filed and served no later than July 28, 2020 at 12:00pm.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to the Expedited Motion recorded at Document No. 10 be entered by the Court.

Date: <u>July 28, 2020</u>                          <u>/s/ Brian C. Thompson</u>
                                                     Brian C. Thompson, Esquire
                                                     Attorney for Debtor(s)
                                                     PA ID No. 91197
                                                     THOMPSON LAW GROUP, P.C.
                                                     125 Warrendale Bayne Road, Suite 200
                                                     Warrendale, PA 15086
                                                     (724) 799-8404 Telephone
                                                     (724) 799-8409 Facsimile
                                                     bthompson@thompsonattorney.com