IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
**Michael B. Shepperd**
**Patricia A. Shepperd**

Debtor

**Michael B. Shepperd**
**Patricia A. Shepperd**

Movant

v.

No Respondent

: Bankruptcy No. **20-22083**
:
: Chapter **13**
:
:
:
: Related to Document No.
:
:
:
:
:
:
:
:
:

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Brian C. Thompson, Esquire PA-91197**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

U.S. Attorneys Office
Western District of PA
4000 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

By:  **/s/ Brian C. Thompson, Esquire**
Signature
**Brian C. Thompson, Esquire PA-91197**
Typed Name
**125 Warrendale-Bayne Road**
**Suite 200**
**Warrendale, PA 15086**
Address
**724-799-8404 Fax:724-799-8409**
Phone No.
**PA-91197 PA**
List Bar I.D. and State of Admission