| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael B. Shepperd**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9213<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Patricia A. Shepperd**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1283<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13   7/10/20 |
| Case number: | 20–22083–GLT | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Michael B. Shepperd | Patricia A. Shepperd |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 121 Leatherbark Road<br>Cranberry Twp, PA 16066 | 121 Leatherbark Road<br>Cranberry Twp, PA 16066 |
| 4. **Debtor's attorney**<br>Name and address | Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086 | Contact phone 724–799–8404<br>Email: bthompson@ThompsonAttorney.com |
| 5. **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 412–644–2700<br>Date: 8/7/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 31, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/30/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/18/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/6/21** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/31/20** at **10:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 20-22083-GLT
Michael B. Shepperd                                                    Chapter 13
Patricia A. Shepperd
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2           Date Rcvd: Aug 07, 2020
                              Form ID: 309I           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
```
db/jdb         +Michael B. Shepperd,    Patricia A. Shepperd,    121 Leatherbark Road,
                 Cranberry Twp, PA 16066-4759
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
15264433       +Allegheny Ophthalmic & Orbital Assoc,    420 E North Avenue,    Suite 116,
                 Pittsburgh, PA 15212-4746
15264435        American Education Services,    Payment center,    Harrisburg, PA 17130-0001
15265799       +Bank of America, N.A.,   P O Box 982284,    El Paso, TX 79998-2284
15264439       +Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suite 200A,
                 Anaheim, CA 92806-5951
15264443       +Genesis Credit,    Bankcard Services,   PO Box 84049,    Columbus, GA 31908-4049
15264446       +Janet Shepperd,    121 Leatherbark Road,   Cranberry Twp, PA 16066-4759
15264450       +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15264453       +Sears Credit Cards,    PO Boc 9001055,   Louisville, KY 40290-1055
15264456       +The Surgery Center at Cranberry,    105 Brandt Drive #101,    Cranberry Twp, PA 16066-6414
15264457       +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
                 700 Grant Street,   Pittsburgh, PA 15219-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bthompson@ThompsonAttorney.com Aug 08 2020 03:24:23     Brian C. Thompson,
                 Thompson Law Group, P.C.,    125 Warrendale Bayne Road,    Suite 200,   Warrendale, PA   15086
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2020 03:24:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2020 03:24:40     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 08 2020 03:24:44
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Aug 08 2020 07:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15264434       +EDI: WFFC.COM Aug 08 2020 07:13:00      America's Servicing Company,    PO Box 10388,
                 Des Moines, IA 50306-0388
15264432        EDI: BANKAMER.COM Aug 08 2020 07:13:00      AAA Financial Services,    PO Box 15019,
                 Wilmington, DE 19886
15264436        EDI: BANKAMER.COM Aug 08 2020 07:13:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
15264437       +EDI: BANKAMER.COM Aug 08 2020 07:13:00      Bank of America Home Loans,    PO Box 31785,
                 Tampa, FL 33631-3785
15264438       +EDI: RMSC.COM Aug 08 2020 07:13:00      Care Credit/SYNCB,    PO Box 960061,
                 Orlando, FL 32896-0061
15264439       +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 08 2020 03:24:27
                 Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suite 200A,
                 Anaheim, CA 92806-5951
15264440       +EDI: CITICORP.COM Aug 08 2020 07:13:00      Citi Cards,    PO Box 9001037,
                 Louisville, KY 40290-1037
15264441       +EDI: WFNNB.COM Aug 08 2020 07:13:00      Comenity - New York & Co,    PO Box 659728,
                 San Antonio, TX 78265-9728
15264442       +EDI: ECMC.COM Aug 08 2020 07:13:00      ECMC,   PO Box 16408,   Saint Paul, MN 55116-0408
15274469       +EDI: ECMC.COM Aug 08 2020 07:13:00      ECMC,   PO BOX 16408,   St Paul, MN 55116-0408
15264445        EDI: IRS.COM Aug 08 2020 07:13:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
15265874        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 03:25:53      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15264447       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 03:26:43      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15264448       +EDI: MID8.COM Aug 08 2020 07:13:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
15265941       +EDI: NFCU.COM Aug 08 2020 07:18:00      NAVY FEDERAL CREDIT UNION,    P O BOX 3000,
                 MERRIFIELD, VA 22119-3000
15264449       +EDI: NFCU.COM Aug 08 2020 07:18:00      Navy Federal Credit Union,    PO Box 3500,
                 Merrifield, VA 22119-3500
15264451        EDI: PRA.COM Aug 08 2020 07:13:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                 Suite 100,   Norfolk, VA 23502
15264452       +EDI: Q3G.COM Aug 08 2020 07:13:00      Quantum3 Group LLC,    Comenity Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
15264710       +EDI: RMSC.COM Aug 08 2020 07:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15264454       +EDI: RMSC.COM Aug 08 2020 07:13:00      Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
15264455       +EDI: RMSC.COM Aug 08 2020 07:13:00      Synchrony Bank/Levin,    PO Box 960061,
                 Orlando, FL 32896-0061
```

```
District/off: 0315-2            User: aala                   Page 2 of 2                  Date Rcvd: Aug 07, 2020
                                Form ID: 309I                Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15264458        +EDI: WFFC.COM Aug 08 2020 07:13:00     U.S. Bank National Association,
                  c/o America's Servicing Company,  N9286-01Y,   1000 Blue Gentian Road,
                  Saint Paul, MN 55121-1663
15264459        +EDI: USAA.COM Aug 08 2020 07:13:00     USAA Credit Cards,   10750 McDermott Fwy,
                  San Antonio, TX 78288-1600
                                                                                                TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
15264444*      +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
15274485*      +U.S. Attorneys Office,   Western District of PA,   4000 U.S. Post Office & Courthouse,
                  700 Grant Street,   Pittsburgh, PA 15219-1906
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Michael B. Shepperd bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Patricia A. Shepperd bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series
               2007-BC3 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 5
```