FILED
9/1/20 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**\*FILING FEE PAID\***   (Yes)   No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Shepperd, Michael + Patricia   JAD/TPA/CMB/(GLT)

Case Number: 20-22083

Date of Meeting: __8__/__31__/__20__   Recording # _____
Debtor(s) present ✓ or Not Present ___ ( No Payments Made or ✓ partial payments)
Attorney for debtor(s) Thompson, Brian   (Present ✓ or Not Present ___)
Date of Plan at § 341: 8/6/20   Applicable commitment period ✓ 3 yrs ___ 5 yrs

No payments
can't to
pre-bar
date
concil

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                       ___ Order to Show Cause Requested
                                       ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
   ___ 341 Meeting   OR   ✓ Conciliation Conf. OR ___ *Contested Hearing
   On  10/22/20   at 9:00   am/pm  Location _____

Chapter 13 Trustee/Attorney for Trustee