# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br> Michael B. Shepperd and, ) <br> Patricia A. Shepperd, ) <br> ) <br> Debtors. ) <br> _____ ) <br> Michael B. Shepperd and, ) <br> Patricia A. Shepperd, ) <br> ) <br> ) <br> Movants, ) <br> ) <br> v. ) <br> ) <br> Veripro Solutions Inc., ) <br> ) <br> Respondent. ) | Bankruptcy No.: 20-22083-GLT <br><br> Chapter 13 <br><br> Document No. <br><br><br> Related Document No.: 35, 36 <br><br> Related to Claim No.: 14 <br><br> **Hearing Date and Time:** |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Objection to Proof of Claim No. 14, Proposed Order, and Notice of Hearing on all interested parties listed below via electronic mail and/or certified return receipt U.S. mail on October 23, 2020.

Ronda J. Winnecour  
Chapter 13 Trustee  
USX Tower, Suite 3250  
600 Grant St.  
Pittsburgh, PA 15219-2702  

Veripro Solutions Inc.  
PO Box 3572  
Coppell, TX 75019  

Office of the United States Trustee  
Liberty Center, Suite 970  
1001 Liberty Avenue  
Pittsburgh, PA 15222-3721  

Dated: October 23, 2020

/s/ Jeffrey Castello  
Jeffrey Castello, Paralegal  
Thompson Law Group, P.C.  
125 Warrendale Bayne Road, Suite 200  
Warrendale, PA 15086  
(724) 799-8404 Telephone

(724) 799-8409 Facsimile
jcastello@thompsonattorney.com