# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22083-GLT |
| Michael B. Shepperd and, | ) | |
| Patricia A. Shepperd, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | Document No. |
| Michael B. Shepperd and, | ) | |
| Patricia A. Shepperd, | ) | |
| | ) | Related Document No.: 35, 36 |
| | ) | |
| Movants, | ) | Related to Claim No.: 14 |
| | ) | |
| v. | ) | **Hearing Date and Time:** |
| | ) | December 2, 2020 at 10:00 a.m. |
| Veripro Solutions Inc., | ) | |
| | ) | |
| Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Objection to Proof of Claim No. 14, Proposed Order, and Notice of Hearing on all interested parties listed below via electronic mail and/or certified return receipt U.S. mail on October 26, 2020.

Ronda J. Winnecour
Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant St.
Pittsburgh, PA 15219-2702

Veripro Solutions Inc.
PO Box 3572
Coppell, TX 75019

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Arvind Nath Rawal, Claims Processor
AIS Portfolio Services, LP
4515 N Sante Fe Ave. Dept APS
Oklahoma City, OK 73118

Dated: October 26, 2020

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone

(724) 799-8409 Facsimile
jcastello@thompsonattorney.com