FILED
1/19/21 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 20-22083-GLT |
| | : | Chapter 13 |
| **MICHAEL B. SHEPPERD AND** | : | |
| **PATRICIA A. SHEPPERD**, | : | |
| | : | |
| *Debtor*. | : | Related to Dkt. Nos. 46, 47 |
| | : | |

# ORDER

On January 13, 2021, this matter came before the Court for hearing on the *Order to Show Cause* dated December 2, 2020[1] directing Attorney Brian C. Thompson to show cause why the Court should not impose sanctions under Fed. R. Bankr. P. 9011(b) ("Rule 9011") in connection with his filing of the *Debtor's Objection to Proof of Claim No. 14* (the "Claim Objection") on behalf of the debtors Michael B. and Patricia A. Shepperd.[2] Through the *Claim Objection*, the Debtors sought disallowance of the secured claim filed by Veripiro Solutions, Inc. ("Veripiro") on the basis that it was "ordered forever satisfied and discharged" by an order of this Court (the "*Order*") entered in a prior bankruptcy case.[3] Upon review, however, the Court found that the Debtors' previous chapter 13 case was dismissed, which, by operation of 11 U.S.C. § 349(b)(1)(C), reinstated the Veripiro's lien. Accordingly, the Court entered the Order to Show Cause because it appeared Attorney Thompson knowingly recorded the *Order* prematurely and filed the *Claim Objection* without a basis in law or fact. Attorney Thompson filed a timely response ("Response") to the *Order to Show Cause*[4] and appeared as directed.

---

[1]   Dkt. No. 46.
[2]   Dkt. No. 35.
[3]   Dkt. No. 35 at ¶¶ 5-9.
[4]   Dkt. No. 47.

Upon consideration of the *Response* and Attorney Thompson's statements at the show cause hearing, the Court finds that he did not willfully violate Rule 9011. Instead, it appears that both the premature recording of the *Order* and the filing of the *Claim Objection* was largely the result of Attorney Thompson's carelessness in reviewing his own files. Although his conduct fell short of the "objectively reasonable" standard of Rule 9011,[5] there are several mitigating factors. First, no party suffered any discernable prejudice due to the *Claim Objection*. Second, despite the impact of 11 U.S.C. § 349(b) on the *Order*, there is no reason why the Debtors could not ultimately obtain the same relief in the present case. Third and most importantly, the Court is satisfied that the concerning issues arose from an aberrant confluence of events and is not likely to repeat. Thus, sanctions do not appear necessary for future deterrence.

**AND NOW**, in light of the foregoing, it is hereby **ORDERED, ADJUGDED,** and **DECREED** that the *Order to Show Cause* is **RELEASED**.

ENTERED at Pittsburgh, Pennsylvania.

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Dated: January 19, 2021

Case administrator to mail to:
Debtors
Attorney Thompson
Chapter 13 trustee

---

[5]   See Dura Systems Inc. v. Rothbury Investments, Ltd., 886 F.2d 551, 556 (3rd Cir. 1989).

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22083-GLT |
| Michael B. Shepperd | Chapter 13 |
| Patricia A. Shepperd | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael B. Shepperd, Patricia A. Shepperd, 121 Leatherbark Road, Cranberry Twp, PA 16066-4759 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Michael B. Shepperd bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Brian C. Thompson | |
| | on behalf of Joint Debtor Patricia A. Shepperd bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: aala | Page 2 of 2
Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 5