**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22083-GLT |
| Michael B. Shepperd and, | ) | |
| Patricia A. Shepperd, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | Document No. |
| Michael B. Shepperd and, | ) | |
| Patricia A. Shepperd, | ) | |
| | ) | Related Document No.: 55, 56 |
| | ) | |
| Movants, | ) | Related to Claim No.: 14 |
| | ) | |
| v. | ) | **Hearing Date and Time:** |
| | ) | March 10, 2021, at 10:00 a.m. |
| Veripro Solutions Inc., | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Objection to Proof

of Claim No. 14, Proposed Order, and Notice of Hearing on all interested parties listed below via

electronic mail and/or certified return receipt U.S. mail on January 26, 2021.

Ronda J. Winnecour                                    Veripro Solutions Inc.
Chapter 13 Trustee                                     PO Box 3572
USX Tower, Suite 3250                                  Coppell, TX 75019
600 Grant St.
Pittsburgh, PA 15219-2702

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Dated: January 26, 2021                         /s/ Jeffrey Castello
                                                Jeffrey Castello, Paralegal
                                                Thompson Law Group, P.C.
                                                125 Warrendale Bayne Road, Suite 200
                                                Warrendale, PA 15086
                                                (724) 799-8404 Telephone

(724) 799-8409 Facsimile
jcastello@thompsonattorney.com