# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Michael B. Shepperd and,<br>Patricia A. Shepperd,<br><br>        Debtors.<br>_____<br>Michael B. Shepperd and,<br>Patricia A. Shepperd,<br><br>        Movants,<br><br>v.<br><br>Veripro Solutions Inc.,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No.: 20-22083-GLT<br><br>Chapter 13<br><br>Document No.<br><br><br>Related Document No.: 55, 56<br><br>Related to Claim No.: 14<br><br>**Hearing Date and Time:**<br>March 10, 2021, at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Objection to Proof of Claim No. 14, Proposed Order, and Notice of Hearing on all interested parties listed below via electronic mail and/or certified return receipt U.S. mail on January 28, 2021.

Ronda J. Winnecour
Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant St.
Pittsburgh, PA 15219-2702

Veripro Solutions Inc.
PO Box 3572
Coppell, TX 75019

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Arvind Nath Rawal, Claims Processor
AIS Portfolio Services, LP
4515 N Sante Fe Ave. Dept APS
Oklahoma City, OK 73118

Dated: <u>January 28, 2021</u>

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone

(724) 799-8409 Facsimile
jcastello@thompsonattorney.com