## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22083-GLT |
| Michael B. Shepperd and, | ) | |
| Patricia A. Shepperd, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | Document No. |
| Michael B. Shepperd and, | ) | |
| Patricia A. Shepperd, | ) | |
| | ) | Related Document No.: 55, 56 |
| | ) | |
| Movants, | ) | Related to Claim No.: 14 |
| | ) | |
| v. | ) | **Hearing Date and Time:** |
| | ) | March 10, 2021, at 10:00 a.m. |
| Veripro Solutions Inc., | ) | |
| | ) | |
| Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### OBJECTION TO PROOF OF CLAIM NO. 3

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on January 26, 2021 at Document No. 55 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 56, Objections were to be filed and served no later than February 20, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Objection recorded at Document No. 55 be entered by the Court.

Date: February 22, 2021  /s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com