**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   MICHAEL B. SHEPPERD
   PATRICIA A. SHEPPERD
                   Debtor(s)

   Ronda J. Winnecour

                  Movant
      vs.

   BANK OF NEW YORK MELLON - TRUSTEE

               Respondent(s)

Case No. 20-22083GLT

Chapter 13

Document No.____

INTERIM NOTICE OF CURE OF ARREARS

     Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001 (f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan .

     The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement .

Trustee Record Number - 32
Court Claim Number - 11

                         /s/   Ronda J. Winnecour
    8/18/2022                RONDA J WINNECOUR PA ID #30399
                         CHAPTER 13 TRUSTEE WD PA
                         600 GRANT STREET
                         SUITE 3250 US STEEL TWR
                         PITTSBURGH, PA  15219
                         (412) 471-5566
                         cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  MICHAEL B. SHEPPERD
  PATRICIA A. SHEPPERD

          Debtor(s)

  Ronda J. Winnecour

          Movant
     vs.

  BANK OF NEW YORK MELLON - TRUSTEE

         Respondent(s)

Case No.:20-22083GLT

Chapter 13

Document No.____

**CERTIFICATE OF SERVICE**

     I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

MICHAEL B. SHEPPERD, PATRICIA A. SHEPPERD, 121 LEATHERBARK ROAD, CRANBERRY TWP, PA  16066

BRIAN C THOMPSON ESQ, THOMPSON LAW GROUP PC, 125 WARRENDALE-BAYNE ROAD, WARRENDALE, PA  15086

BANK OF NEW YORK MELLON - TRUSTEE, C/O CARRINGTON MORTGAGE SERVICES LLC, PO BOX 3730, ANAHEIM, CA  92806

CARRINGTON MORTGAGE SERVICES LLC, BANKRUPTCY DEPARTMENT, 1600 SOUTH DOUGLASS RD, ANAHEIM, CA  92806

RANDALL S MILLER & ASSOCIATES PC, 43252 WOODWARD AVE STE 180, BLOOMFIELD HILLS, MI  48302

---

08/18/2022

/s/ Roberta Saunier
_____
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com