IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Michael B Shepperd ) | Case No. 20-22083GLT |
| Patricia A Shepperd ) | Chapter 13 |
| Debtor(s) ) | |
| ) | |
| Ronda J. Winnecour, ) | Re. Doc. 74 |
| Chapter 13 Trustee ) | |
| ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Bank of New York Mellon-Trustee ) | |
| ) | |
| Respondent(s) ) | |

## WITHDRAWAL OF TRUSTEE'S NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

The Trustee's Notice That Mortgage Claim Has Been Paid in Full that was filed in the above-referenced case on August 16, 2022 (document #74) is hereby WITHDRAWN.

                                              Respectfully submitted

8/18/2022                              /s/ Ronda J. Winnecour

                                              Ronda J. Winnecour (PA I.D. #30399)
                                              Attorney and Chapter 13 Trustee
                                              U.S. Steel Tower – Suite 3250
                                              600 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Michael B Shepperd | ) | Case No. 20-22083GLT |
| Patricia A Shepperd | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | |
| Ronda J. Winnecour, | ) | Re. Doc. 74 |
| Chapter 13 Trustee | ) | |
| | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of New York Mellon-Trustee | ) | |
| | ) | |
|     Respondent(s) | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

MICHAEL B. SHEPPERD
PATRICIA A. SHEPPERD
121 LEATHERBARK ROAD
CRANBERRY TWP, PA  16066

BRIAN C THOMPSON ESQ
THOMPSON LAW GROUP PC
125 WARRENDALE-BAYNE ROAD
WARRENDALE, PA  15086

BANK OF NEW YORK MELLON – TRUSTEE
C/O CARRINGTON MORTGAGE SERVICES LLC
PO BOX 3730
ANAHEIM, CA  92806

CARRINGTON MORTGAGE SERVICES LLC
BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS RD
ANAHEIM, CA  92806

RANDALL S MILLER & ASSOCIATES PC
43252 WOODWARD AVE STE 180
BLOOMFIELD HILLS, MI  48302

| | |
|---|---|
| <u>8/18/2022</u><br>date | <u>/s/ Roberta Saunier</u><br>Office of the Chapter 13 Trustee<br>US Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566 |