**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-22083-GLT |
| | ) | |
| Michael B. Shepperd, | ) | |
| Patricia A. Shepperd, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 8, 2023, at 10:30 A.M. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES
IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Michael B. Shepperd and Patricia A. Shepperd.

2. This is an interim application for the period May 5, 2020 through December 28, 2022.

3. Previous retainer paid to Applicant: $750.00.

4. Previous interim compensation allowed to Applicant: $ 3,250.00

5. Applicant requests additional:
   Compensation of $3,140.00
   Reimbursement of Expenses of $32.75

6. An in-person hearing will be held on February 8, 2023, at 10:30 A.M. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

   **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

7. Any written objections must be filed with the court and served on Applicant on or before January 15, 2023, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>December 29, 2022</u>        /s/Brian C. Thompson
                                                                                    Brian C. Thompson, Esquire
                                                                                    PA ID No. 91197
                                                                                    THOMPSON LAW GROUP, P.C.
                                                                                    125 Warrendale Bayne Road, Suite 200
                                                                                    Warrendale, PA 15086
                                                                                    (724) 799-8404
                                                                                    bthompson@thompsonattorney.com