## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Michael B. Shepperd, and | : | Bankruptcy Case No.: 20-22083-GLT |
| Patricia A. Shepperd, | : | |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Michael B. Shepperd, and | : | |
| Patricia A. Shepperd, | : | |
| | : | Document No.: 86 |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 11 |
| Carrington Mortgage Services, LLC, | : | |
| | : | |
| Respondent. | : | |

### DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on July 7, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the Plan even with the proposed change for August 1, 2023.

The new post-petition monthly payment payable to Respondent is $1,719.27, effective August 1, 2023, per the notice dated July 7, 2023.  The Debtors' Plan payment provides for a monthly payment to Carrington Mortgage Services, LLC, of $1,793.01.  Therefore, Debtors' Plan remains sufficient.

Respectfully Submitted,

Date:  July 12, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com