## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Michael B. Shepperd, and Patricia A. Shepperd, | : : : | Bankruptcy Case No.: 20-22083-GLT |
| Debtor. | : : | Chapter 13 |
| Michael B. Shepperd, and Patricia A. Shepperd, | : : : : | Document No.: 87 |
| Movant, | : : | Related to Document No.: 86 |
| v. | : : | Related to Claim No.: 11 |
| Carrington Mortgage Services, LLC, | : : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtors' Declaration of Sufficient Plan Funding, on July 12, 2023, on the interested parties listed below:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Randall Miller
Carrington Mortgage Services, LLC
43252 Woodward Avenue
Suite 180
Bloomfield Hills, MI 48302
*Authorized Agent for Creditor*

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: July 12, 2023

By: /s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com