# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Michael B. Shepperd, and Patricia A. Shepperd, | : | Bankruptcy Case No.: 20-22083-GLT |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| Michael B. Shepperd, and Patricia A. Shepperd, | : | Document No.: 89 |
| | : | |
| | : | Related to Document No.: |
| Movant, | : | |
| | : | Related to Claim No.: 11 |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| | : | |
| Respondent. | : | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on June 17, 2024, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the Plan is sufficiently funded even with the proposed change for August 1, 2024. Debtors' Plan remains sufficient.

Respectfully Submitted,

Date: July 1, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com