**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Michael B. Shepperd, and Patricia A. Shepperd, <br><br>Debtor. | Bankruptcy Case No.: 20-22083-GLT <br><br> Chapter 13 |
| Michael B. Shepperd, and Patricia A. Shepperd, <br><br>Movant, <br><br>v. <br><br>Carrington Mortgage Services, LLC, <br><br>Respondent. | Document No.: 90 <br><br> Related to Document No.: 89 <br><br> Related to Claim No.: 11 |

**<u>CERTIFICATE OF SERVICE</u>**

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtors' Declaration of Sufficient Plan Funding, on July 1, 2024, on the interested parties listed below:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Randall Miller
Carrington Mortgage Services, LLC
43252 Woodward Avenue
Suite 180
Bloomfield Hills, MI 48302
*Authorized Agent for Creditor*

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: <u>July 1, 2024</u>

By:<u>/s/ Maya Rowe</u>
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
<u>mrowe@thompsonattorney.com</u>