**Fill in this information to identify the case:**

Debtor 1    Michael B. Shepperd

Debtor 2    Patricia A. Shepperd
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA

Case number   20-22083 GLT

## Form 4100R

## Response to Notice of Final Cure Payment                                            10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

| | | |
|---|---|---|
| **Name of Creditor:** | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 | **Court claim no.** (if known):   11 |

**Last 4 digits** of any number you use to identify the debtor's account:    5279
**Property address:**
   121 Leatherbark Road
   Cranberry Twp, PA 16066

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with
   § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:
   a.   Total postpetition ongoing payments due:                                         (a)         $ 3,603.64
   b.   Total fees, charges, expenses, escrow, and costs outstanding:              + (b)         $ 0.00
   c.   **Total.** Add lines a and b.                                                              (c)         $ 3,603.64

   Creditor asserts that the debtor(s) are contractually obligated for    08 / 01 / 2025
   the postpetition payment(s) that first became due on:

---

Form 4100R                          Response to Notice of Final Cure Payment                          page 1

Document ID: d1bb630b09e95128dea201b0540b1f687c13824c14c49ab1e6f1569e228e2b8f

| Debtor(s) | Michael B. Shepperd and Patricia A. Shepperd | Case Number *(if known)*: 20-22083 GLT |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*          Date    09/19/2025
Matthew Fissel
19 Sep 2025, 12:35:58, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

| | | | | | | | | | | Credit to | Debit from | |
| Transaction Type | Transaction Date | Amount Received | Contractual Due Date | Contractual Amount due Per PCN Table | Contractual Applied | Principal | Interest | Escrow | Contractual Over/Short | Contractual Suspense | Contractual Suspense | Contractual Suspense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Post Suspense Balance | -$3,603.64 | | Pre Suspense Balance | $0.00 | | Contractual Suspense | -$3,603.64 | |
| Beginning Balance | 7/10/2020 | $1,700.68 | | | | | | | $1,700.68 | $1,700.68 | $0.00 | $1,700.68 |
| Post-Petition | 12/11/2020 | $2,038.67 | | | | | | | $2,038.67 | $2,038.67 | $0.00 | $3,739.35 |
| Post-Petition | 1/29/2021 | $2,063.13 | | | | | | | $2,063.13 | $2,063.13 | $0.00 | $5,802.48 |
| Post-Petition | 2/25/2021 | $3,939.15 | | | | | | | $3,939.15 | $3,939.15 | $0.00 | $9,741.63 |
| Post-Petition | 3/30/2021 | $2,077.69 | | | | | | | $2,077.69 | $2,077.69 | $0.00 | $11,819.32 |
| Post-Petition | 4/29/2021 | $2,143.84 | | | | | | | $2,143.84 | $2,143.84 | $0.00 | $13,963.16 |
| Post-Petition | 5/31/2021 | $2,148.98 | | | | | | | $2,148.98 | $2,148.98 | $0.00 | $16,112.14 |
| Post-Petition | 6/28/2021 | $2,153.08 | | | | | | | $2,153.08 | $2,153.08 | $0.00 | $18,265.22 |
| Post-Petition | 7/29/2021 | $2,239.68 | | | | | | | $2,239.68 | $2,239.68 | $0.00 | $20,504.90 |
| Post-Petition | 8/31/2021 | $2,447.30 | | | | | | | $2,447.30 | $2,447.30 | $0.00 | $22,952.20 |
| Post-Petition | 9/30/2021 | $2,518.58 | | | | | | | $2,518.58 | $2,518.58 | $0.00 | $25,470.78 |
| Post-Petition | 10/28/2021 | $2,563.47 | | | | | | | $2,563.47 | $2,563.47 | $0.00 | $28,034.25 |
| Post-Petition | 11/29/2021 | $2,530.11 | | | | | | | $2,530.11 | $2,530.11 | $0.00 | $30,564.36 |
| Applied from Post-Suspense | 12/14/2021 | -$1,712.74 | 3/1/2021 | $1,712.74 | $1,712.74 | $577.09 | $722.38 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $28,851.62 |
| Applied from Post-Suspense | 12/14/2021 | -$1,712.74 | 2/1/2021 | $1,712.74 | $1,712.74 | $574.64 | $724.83 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $27,138.88 |
| Applied from Post-Suspense | 12/14/2021 | -$1,712.74 | 1/1/2021 | $1,712.74 | $1,712.74 | $572.19 | $727.28 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $25,426.14 |
| Applied from Post-Suspense | 12/14/2021 | -$1,712.74 | 12/1/2020 | $1,712.74 | $1,712.74 | $569.76 | $729.71 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $23,713.40 |
| Applied from Post-Suspense | 12/14/2021 | -$1,712.74 | 11/1/2020 | $1,712.74 | $1,712.74 | $567.34 | $732.13 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $22,000.66 |
| Applied from Post-Suspense | 12/14/2021 | -$1,669.46 | 10/1/2020 | $1,712.74 | $1,669.46 | $564.92 | $734.55 | $369.99 | -$1,669.46 | $0.00 | $1,669.46 | $20,331.20 |
| Applied from Post-Suspense | 12/14/2021 | -$1,712.74 | 9/1/2020 | $1,712.74 | $1,712.74 | $562.52 | $736.95 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $18,618.46 |
| Applied from Post-Suspense | 12/14/2021 | -$1,712.74 | 8/1/2020 | $1,712.74 | $1,712.74 | $560.13 | $739.34 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $16,905.72 |
| Applied from Post-Suspense | 12/14/2021 | -$1,750.89 | 7/1/2020 | $1,750.89 | $1,750.89 | $557.75 | $741.72 | $451.42 | -$1,750.89 | $0.00 | $1,750.89 | $15,154.83 |
| Applied from Post-Suspense | 12/14/2021 | -$1,734.58 | 6/1/2020 | $1,734.58 | $1,734.58 | $555.37 | $744.10 | $435.11 | -$1,734.58 | $0.00 | $1,734.58 | $13,420.25 |
| Applied from Post-Suspense | 12/14/2021 | -$1,700.68 | 5/1/2020 | $1,734.58 | $1,700.68 | $553.01 | $746.46 | $401.21 | -$1,700.68 | $0.00 | $1,700.68 | $11,719.57 |
| Applied from Post-Suspense | 12/15/2021 | -$1,793.01 | 9/1/2021 | $1,793.01 | $1,793.01 | $592.04 | $707.43 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $9,926.56 |
| Applied from Post-Suspense | 12/15/2021 | -$1,793.01 | 8/1/2021 | $1,793.01 | $1,793.01 | $589.52 | $709.95 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $8,133.55 |
| Applied from Post-Suspense | 12/15/2021 | -$1,712.74 | 7/1/2021 | $1,712.74 | $1,712.74 | $587.01 | $712.46 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $6,420.81 |
| Applied from Post-Suspense | 12/15/2021 | -$1,712.74 | 6/1/2021 | $1,712.74 | $1,712.74 | $584.52 | $714.95 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $4,708.07 |
| Applied from Post-Suspense | 12/15/2021 | -$1,712.74 | 5/1/2021 | $1,712.74 | $1,712.74 | $582.03 | $717.44 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $2,995.33 |
| Applied from Post-Suspense | 12/15/2021 | -$1,712.74 | 4/1/2021 | $1,712.74 | $1,712.74 | $579.55 | $719.92 | $413.27 | -$1,712.74 | $0.00 | $1,712.74 | $1,282.59 |
| Pre-Petition-P&I | 12/28/2021 | $103.57 | | | | | | | $103.57 | $103.57 | $0.00 | $1,386.16 |
| Post-Petition | 12/28/2021 | $2,447.26 | | | | | | | $2,447.26 | $2,447.26 | $0.00 | $3,833.42 |

| Description | Date | Amount | Date2 | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applied from Pre-Suspense | 12/28/2021 | -$1,793.01 | 11/1/2021 | $1,793.01 | $1,793.01 | $597.10 | $702.37 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $2,040.41 |
| Applied from Post-Suspense | 12/28/2021 | -$1,793.01 | 10/1/2021 | $1,793.01 | $1,793.01 | $594.56 | $704.91 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $247.40 |
| Pre-Petition-P&I | 1/31/2022 | $781.54 | | | | | | | $781.54 | $781.54 | $0.00 | $1,028.94 |
| Post-Petition | 1/31/2022 | $1,793.01 | | | | | | | $1,793.01 | $1,793.01 | $0.00 | $2,821.95 |
| Applied from Post-Suspense | 1/31/2022 | -$1,793.01 | 12/1/2021 | $1,793.01 | $1,793.01 | $599.65 | $699.82 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $1,028.94 |
| Post-Petition | 2/28/2022 | $1,793.01 | | | | | | | $1,793.01 | $1,793.01 | $0.00 | $2,821.95 |
| Pre-Petition-P&I | 2/28/2022 | $781.54 | | | | | | | $781.54 | $781.54 | $0.00 | $3,603.49 |
| Applied from Post-Suspense | 2/28/2022 | -$1,793.01 | 1/1/2022 | $1,793.01 | $1,793.01 | $602.22 | $697.25 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $1,810.48 |
| Post-Petition | 3/28/2022 | $1,793.01 | | | | | | | $1,793.01 | $1,793.01 | $0.00 | $3,603.49 |
| Pre-Petition-P&I | 3/28/2022 | $781.54 | | | | | | | $781.54 | $781.54 | $0.00 | $4,385.03 |
| Applied from Pre-Suspense | 3/28/2022 | -$1,793.01 | 3/1/2022 | $1,793.01 | $1,793.01 | $607.37 | $692.10 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $2,592.02 |
| Applied from Post-Suspense | 3/28/2022 | -$1,793.01 | 2/1/2022 | $1,793.01 | $1,793.01 | $604.79 | $694.68 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $799.01 |
| Post-Petition | 4/29/2022 | $1,793.01 | | | | | | | $1,793.01 | $1,793.01 | $0.00 | $2,592.02 |
| Pre-Petition-P&I | 4/29/2022 | $781.54 | | | | | | | $781.54 | $781.54 | $0.00 | $3,373.56 |
| Applied from Post-Suspense | 4/29/2022 | -$1,793.01 | 4/1/2022 | $1,793.01 | $1,793.01 | $609.96 | $689.51 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $1,580.55 |
| Post-Petition | 5/31/2022 | $1,793.01 | | | | | | | $1,793.01 | $1,793.01 | $0.00 | $3,373.56 |
| Applied from Pre-Suspense-Fees | 5/31/2022 | -$15.00 | | | | | | | -$15.00 | $0.00 | $15.00 | $3,358.56 |
| Applied from Pre-Suspense-Escrow | 5/31/2022 | -$476.90 | | | | | | $476.90 | -$476.90 | $0.00 | $476.90 | $2,881.66 |
| Pre-Petition-P&I | 5/31/2022 | $781.54 | | | | | | | $781.54 | $781.54 | $0.00 | $3,663.20 |
| Applied from Post-Suspense | 5/31/2022 | -$1,793.01 | 5/1/2022 | $1,793.01 | $1,793.01 | $612.57 | $686.90 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $1,870.19 |
| Post-Petition | 7/1/2022 | $1,793.01 | | | | | | | $1,793.01 | $1,793.01 | $0.00 | $3,663.20 |
| Applied from Pre-Suspense-Escrow | 7/1/2022 | -$781.54 | | | | | | $781.54 | -$781.54 | $0.00 | $781.54 | $2,881.66 |
| Pre-Petition-P&I | 7/1/2022 | $781.54 | | | | | | | $781.54 | $781.54 | $0.00 | $3,663.20 |
| Applied from Post-Suspense | 7/1/2022 | -$1,793.01 | 6/1/2022 | $1,793.01 | $1,793.01 | $615.19 | $684.28 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $1,870.19 |
| Applied from Pre-Petition-LC-NSF | 8/1/2022 | -$129.94 | | | | | | | -$129.94 | $0.00 | $129.94 | $1,740.25 |
| Applied from Pre-Suspense-Escrow | 8/1/2022 | -$534.90 | | | | | | $534.90 | -$534.90 | $0.00 | $534.90 | $1,205.35 |
| Pre-Petition-P&I | 8/1/2022 | $664.84 | | | | | | | $664.84 | $664.84 | $0.00 | $1,870.19 |
| Post-Petition | 8/1/2022 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $3,592.62 |
| Applied from Post-Suspense | 8/1/2022 | -$1,722.43 | 8/1/2022 | $1,722.43 | $1,722.43 | $620.45 | $679.02 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | $1,870.19 |
| Applied from Pre-Suspense | 8/1/2022 | -$1,793.01 | 7/1/2022 | $1,793.01 | $1,793.01 | $617.81 | $681.66 | $493.54 | -$1,793.01 | $0.00 | $1,793.01 | $77.18 |
| Post-Petition | 8/29/2022 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $1,799.61 |
| Applied from Post-Suspense | 8/29/2022 | -$1,722.43 | 9/1/2022 | $1,722.43 | $1,722.43 | $623.10 | $676.37 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | $77.18 |
| Applied from Post-Suspense | 9/30/2022 | -$1,722.43 | 10/1/2022 | $1,722.43 | $1,722.43 | $625.76 | $673.71 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |
| Post-Petition | 9/30/2022 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 10/28/2022 | -$1,722.43 | 11/1/2022 | $1,722.43 | $1,722.43 | $628.43 | $671.04 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |
| Post-Petition | 10/28/2022 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 11/28/2022 | -$1,722.43 | 12/1/2022 | $1,722.43 | $1,722.43 | $631.12 | $668.35 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |
| Post-Petition | 11/28/2022 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 12/29/2022 | -$1,722.43 | 1/1/2023 | $1,722.43 | $1,722.43 | $633.81 | $665.66 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |
| Post-Petition | 12/29/2022 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 1/30/2023 | -$1,722.43 | 2/1/2023 | $1,722.43 | $1,722.43 | $636.52 | $662.95 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Post-Petition | 1/30/2023 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 2/27/2023 | -$1,722.43 | 3/1/2023 | $1,722.43 | $1,722.43 | $639.24 | $660.23 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |
| Post-Petition | 2/27/2023 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 4/3/2023 | -$1,722.43 | 4/1/2023 | $1,722.43 | $1,722.43 | $641.97 | $657.50 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |
| Post-Petition | 4/3/2023 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 5/1/2023 | -$1,722.43 | 5/1/2023 | $1,722.43 | $1,722.43 | $644.71 | $654.76 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |
| Post-Petition | 5/1/2023 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 5/30/2023 | -$1,722.43 | 6/1/2023 | $1,722.43 | $1,722.43 | $647.46 | $652.01 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |
| Post-Petition | 5/30/2023 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 7/3/2023 | -$1,722.43 | 7/1/2023 | $1,722.43 | $1,722.43 | $650.23 | $649.24 | $422.96 | -$1,722.43 | $0.00 | $1,722.43 | -$1,645.25 |
| Post-Petition | 7/3/2023 | $1,722.43 | | | | | | | $1,722.43 | $1,722.43 | $0.00 | $77.18 |
| Applied from Post-Suspense | 8/1/2023 | -$1,719.27 | 8/1/2023 | $1,719.27 | $1,719.27 | $653.01 | $646.46 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 8/1/2023 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 8/30/2023 | -$1,719.27 | 9/1/2023 | $1,719.27 | $1,719.27 | $655.80 | $643.67 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 8/30/2023 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 10/3/2023 | -$1,719.27 | 10/1/2023 | $1,719.27 | $1,719.27 | $658.60 | $640.87 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 10/3/2023 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 10/30/2023 | -$1,719.27 | 11/1/2023 | $1,719.27 | $1,719.27 | $661.41 | $638.06 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 10/30/2023 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 12/4/2023 | -$1,719.27 | 12/1/2023 | $1,719.27 | $1,719.27 | $664.23 | $635.24 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 12/4/2023 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 12/27/2023 | -$1,719.27 | 1/1/2024 | $1,719.27 | $1,719.27 | $667.07 | $632.40 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 12/27/2023 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 2/6/2024 | -$1,719.27 | 2/1/2024 | $1,719.27 | $1,719.27 | $669.92 | $629.55 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 2/6/2024 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 3/4/2024 | -$1,719.27 | 3/1/2024 | $1,719.27 | $1,719.27 | $672.78 | $626.69 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 3/4/2024 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 4/1/2024 | -$1,719.27 | 4/1/2024 | $1,719.27 | $1,719.27 | $675.65 | $623.82 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 4/1/2024 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 5/3/2024 | -$1,719.27 | 5/1/2024 | $1,719.27 | $1,719.27 | $678.54 | $620.93 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 5/3/2024 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 6/5/2024 | -$1,719.27 | 6/1/2024 | $1,719.27 | $1,719.27 | $681.44 | $618.03 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 6/5/2024 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 7/1/2024 | -$1,719.27 | 7/1/2024 | $1,719.27 | $1,719.27 | $684.35 | $615.12 | $419.80 | -$1,719.27 | $0.00 | $1,719.27 | -$1,642.09 |
| Post-Petition | 7/1/2024 | $1,719.27 | | | | | | | $1,719.27 | $1,719.27 | $0.00 | $77.18 |
| Applied from Post-Suspense | 7/29/2024 | -$1,800.75 | 8/1/2024 | $1,800.75 | $1,800.75 | $687.27 | $612.20 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 7/29/2024 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 9/3/2024 | -$1,800.75 | 9/1/2024 | $1,800.75 | $1,800.75 | $690.21 | $609.26 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 9/3/2024 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 9/30/2024 | -$1,800.75 | 10/1/2024 | $1,800.75 | $1,800.75 | $693.15 | $606.32 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 9/30/2024 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |

| Applied from Post-Suspense | 10/30/2024 | -$1,800.75 | 11/1/2024 | $1,800.75 | $1,800.75 | $696.11 | $603.36 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Post-Petition | 10/30/2024 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 12/2/2024 | -$1,800.75 | 12/1/2024 | $1,800.75 | $1,800.75 | $699.09 | $600.38 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 12/2/2024 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 12/30/2024 | -$1,800.75 | 1/1/2025 | $1,800.75 | $1,800.75 | $702.07 | $597.40 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 12/30/2024 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 2/7/2025 | -$1,800.75 | 2/1/2025 | $1,800.75 | $1,800.75 | $705.07 | $594.40 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 2/7/2025 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 3/5/2025 | -$1,800.75 | 3/1/2025 | $1,800.75 | $1,800.75 | $708.08 | $591.39 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 3/5/2025 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 4/2/2025 | -$1,800.75 | 4/1/2025 | $1,800.75 | $1,800.75 | $711.11 | $588.36 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 4/2/2025 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 4/30/2025 | -$1,800.75 | 5/1/2025 | $1,800.75 | $1,800.75 | $714.14 | $585.33 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 4/30/2025 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 6/4/2025 | -$1,800.75 | 6/1/2025 | $1,800.75 | $1,800.75 | $717.19 | $582.28 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 6/4/2025 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |
| Applied from Post-Suspense | 7/2/2025 | -$1,800.75 | 7/1/2025 | $1,800.75 | $1,800.75 | $720.26 | $579.21 | $501.28 | -$1,800.75 | $0.00 | $1,800.75 | -$1,723.57 |
| Post-Petition | 7/2/2025 | $1,800.75 | | | | | | | $1,800.75 | $1,800.75 | $0.00 | $77.18 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia A. Shepperd<br>Michael B. Shepperd<br>                      Debtor(s)<br><br>THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3<br>                      Movant<br>vs.<br><br>Patricia A. Shepperd<br>Michael B. Shepperd<br>                      Debtor(s)<br><br>Ronda J. Winnecour,<br>                      Trustee | BK NO. 20-22083 GLT<br><br>Chapter 13<br><br>Related to Claim No. 11 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 19, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Patricia A. Shepperd
121 Leatherbark Road
Cranberry Twp, PA 16066

Michael B. Shepperd
121 Leatherbark Road
Cranberry Twp, PA 16066

Attorney for Debtor(s) (via ECF)
Brian C. Thompson, Esq.
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: September 19, 2025

                                        **/s/ Matthew Fissel**
                                        Matthew Fissel
                                        Attorney I.D. 314567
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        215-627-1322
                                        mfissel@kmllawgroup.com