Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael B. Shepperd** | : | Case No. 20−22083−GLT |
| **Patricia A. Shepperd** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 101 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/26/25 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this *The 29th of September, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 101 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  **On or before November 12, 2025**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on **November 26, 2025 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22083-GLT |
| Michael B. Shepperd | Chapter 13 |
| Patricia A. Shepperd | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 29, 2025 | Form ID: 604 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael B. Shepperd, Patricia A. Shepperd, 121 Leatherbark Road, Cranberry Twp, PA 16066-4759 |
| 15264433 | + | Allegheny Ophthalmic & Orbital Assoc, 420 E North Avenue, Suite 116, Pittsburgh, PA 15212-4746 |
| 15264446 | + | Janet Shepperd, 121 Leatherbark Road, Cranberry Twp, PA 16066-4759 |
| 15264456 | + | The Surgery Center at Cranberry, 105 Brandt Drive #101, Cranberry Twp, PA 16066-6414 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2025 00:17:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264434 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 30 2025 01:18:22 | America's Servicing Company, PO Box 10388, Des Moines, IA 50306-0388 |
| 15264435 | | Email/Text: bncnotifications@pheaa.org | Sep 30 2025 00:01:00 | American Education Services, Payment center, Harrisburg, PA 17130-0001 |
| 15264432 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 30 2025 00:01:00 | AAA Financial Services, PO Box 15019, Wilmington, DE 19886 |
| 15264436 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 30 2025 00:01:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 15264437 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 30 2025 00:01:00 | Bank of America Home Loans, PO Box 31785, Tampa, FL 33631-3785 |
| 15265799 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 30 2025 00:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15264439 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 30 2025 00:01:00 | Carrington Mortgage Services LLC, 1600 South Douglass Road, Suite 200A, Anaheim, CA 92806 |
| 15279680 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 30 2025 00:01:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15264438 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2025 00:05:34 | Care Credit/SYNCB, PO Box 960061, Orlando, FL 32896-0061 |
| 15264440 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2025 00:05:09 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 15264441 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2025 00:01:00 | Comenity - New York & Co, PO Box 659728, San Antonio, TX 78265 |
| 15274469 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 30 2025 00:01:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15264442 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 30 2025 00:01:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15264443 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

Case 20-22083-GLT   Doc 111   Filed 10/01/25   Entered 10/02/25 00:31:08   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2025 | Form ID: 604 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 30 2025 00:01:00 | Genesis Credit, Bankcard Services, PO Box 84049, Columbus, GA 31908-4049 |
| 15264445 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2025 00:01:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15265874 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2025 00:05:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15264447 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2025 00:05:37 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15264448 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2025 00:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15265941 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 30 2025 00:01:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15264449 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 30 2025 00:01:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 15264450 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 30 2025 00:01:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15279656 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 30 2025 00:01:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15264451 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2025 00:05:58 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 15287231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2025 00:17:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15264452 | + | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2025 00:01:00 | Quantum3 Group LLC, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15264453 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2025 00:17:13 | Sears Credit Cards, PO Boc 9001055, Louisville, KY 40290-1055 |
| 15264454 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2025 00:06:03 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15264710 | ^ | MEBN | Sep 29 2025 23:56:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264455 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2025 00:06:03 | Synchrony Bank/Levin, PO Box 960061, Orlando, FL 32896-0061 |
| 15264457 | + | Email/Text: jill.locnikar@usdoj.gov | Sep 30 2025 00:01:00 | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15264458 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 30 2025 00:05:41 | U.S. Bank National Association, c/o America's Servicing Company, N9286-01Y, 1000 Blue Gentian Road, Saint Paul, MN 55121-1663 |
| 15264459 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 30 2025 00:01:00 | USAA Credit Cards, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 15289583 | ^ | MEBN | Sep 29 2025 23:56:17 | Veripro Solutions Inc., PO Box 3572, Coppell, TX 75019-5538 |
| 15286333 | | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2025 00:05:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2025 | Form ID: 604 | Total Noticed: 39 |

| 15264444 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15274485 | *+ | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Michael B. Shepperd bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Patricia A. Shepperd bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6