| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael B. Shepperd<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9213<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Patricia A. Shepperd<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1283<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20–22083–GLT | | |

## Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael B. Shepperd                                Patricia A. Shepperd

11/13/25                                           **By the court:** Gregory L Taddonio
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-22083-GLT
Michael B. Shepperd  Chapter 13
Patricia A. Shepperd
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Nov 13, 2025  Form ID: 3180W  Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael B. Shepperd, Patricia A. Shepperd, 121 Leatherbark Road, Cranberry Twp, PA 16066-4759 |
| 15264433 | + | Allegheny Ophthalmic & Orbital Assoc, 420 E North Avenue, Suite 116, Pittsburgh, PA 15212-4746 |
| 15264446 | + | Janet Shepperd, 121 Leatherbark Road, Cranberry Twp, PA 16066-4759 |
| 15264456 | + | The Surgery Center at Cranberry, 105 Brandt Drive #101, Cranberry Twp, PA 16066-6414 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 14 2025 05:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 14 2025 05:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 14 2025 05:17:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264434 | + | EDI: WFFC | Nov 14 2025 05:17:00 | America's Servicing Company, PO Box 10388, Des Moines, IA 50306-0388 |
| 15264435 | | Email/Text: bncnotifications@pheaa.org | Nov 14 2025 00:33:00 | American Education Services, Payment center, Harrisburg, PA 17130-0001 |
| 15264436 | | EDI: BANKAMER | Nov 14 2025 05:17:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 15264432 | | EDI: BANKAMER | Nov 14 2025 05:17:00 | AAA Financial Services, PO Box 15019, Wilmington, DE 19886 |
| 15264437 | + | EDI: BANKAMER | Nov 14 2025 05:17:00 | Bank of America Home Loans, PO Box 31785, Tampa, FL 33631-3785 |
| 15265799 | + | EDI: BANKAMER2 | Nov 14 2025 05:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15264439 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 14 2025 00:33:00 | Carrington Mortgage Services LLC, 1600 South Douglass Road, Suite 200A, Anaheim, CA 92806 |
| 15279680 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 14 2025 00:33:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15264438 | + | EDI: SYNC | Nov 14 2025 05:17:00 | Care Credit/SYNCB, PO Box 960061, Orlando, FL 32896-0061 |
| 15264440 | + | EDI: CITICORP | Nov 14 2025 05:17:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |

Case 20-22083-GLT   Doc 120   Filed 11/15/25   Entered 11/16/25 00:32:47   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: 3180W | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 15264441 | | EDI: WFNNB.COM | |
| | | Nov 14 2025 05:17:00 | Comenity - New York & Co, PO Box 659728, San Antonio, TX 78265 |
| 15274469 | + | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Nov 14 2025 00:33:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15264442 | + | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Nov 14 2025 00:33:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15264443 | + | EDI: PHINGENESIS | |
| | | Nov 14 2025 05:17:00 | Genesis Credit, Bankcard Services, PO Box 84049, Columbus, GA 31908-4049 |
| 15264445 | | EDI: IRS.COM | |
| | | Nov 14 2025 05:17:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16587245 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Nov 14 2025 00:43:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15265874 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Nov 14 2025 00:31:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15264447 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Nov 14 2025 00:32:38 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15264448 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Nov 14 2025 00:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15265941 | + | EDI: NFCU.COM | |
| | | Nov 14 2025 05:17:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15264449 | + | EDI: NFCU.COM | |
| | | Nov 14 2025 05:17:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 15264450 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Nov 14 2025 00:33:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15279656 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Nov 14 2025 00:33:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15264451 | | EDI: PRA.COM | |
| | | Nov 14 2025 05:17:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 15287231 | | EDI: PRA.COM | |
| | | Nov 14 2025 05:17:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15264452 | + | EDI: Q3G.COM | |
| | | Nov 14 2025 05:17:00 | Quantum3 Group LLC, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15264453 | + | EDI: CITICORP | |
| | | Nov 14 2025 05:17:00 | Sears Credit Cards, PO Boc 9001055, Louisville, KY 40290-1055 |
| 15264454 | + | EDI: SYNC | |
| | | Nov 14 2025 05:17:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15264710 | + | EDI: PRA.COM | |
| | | Nov 14 2025 05:17:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264455 | + | EDI: SYNC | |
| | | Nov 14 2025 05:17:00 | Synchrony Bank/Levin, PO Box 960061, Orlando, FL 32896-0061 |
| 15264457 | + | Email/Text: jill.locnikar@usdoj.gov | |
| | | Nov 14 2025 00:33:00 | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15264458 | + | EDI: WFHOME | |
| | | Nov 14 2025 05:17:00 | U.S. Bank National Association, c/o America's Servicing Company, N9286-01Y, 1000 Blue Gentian Road, Saint Paul, MN 55121-1663 |
| 15264459 | + | Email/Text: bkelectronicnotices@usaa.com | |
| | | Nov 14 2025 00:33:00 | USAA Credit Cards, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 15289583 | ^ | MEBN | |
| | | Nov 14 2025 00:19:33 | Veripro Solutions Inc., PO Box 3572, Coppell, TX 75019-5538 |
| 15286333 | | EDI: AIS.COM | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: 3180W | Total Noticed: 42 |

|  |  | Nov 14 2025 05:17:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
|---|---|---|---|

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15264444 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16587251 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 16587254 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 16587547 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15274485 | *+ | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Nov 15, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Michael B. Shepperd bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Patricia A. Shepperd bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6