IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/13/25 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   MICHAEL B. SHEPPERD
   PATRICIA A. SHEPPERD
        Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:20-22083

Chapter 13

Related to Docket No. 101

ORDER OF COURT

AND NOW, this ___ 13th Day of November, 2025 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory J. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22083-GLT |
| Michael B. Shepperd | Chapter 13 |
| Patricia A. Shepperd | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 13, 2025 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael B. Shepperd, Patricia A. Shepperd, 121 Leatherbark Road, Cranberry Twp, PA 16066-4759 |
| 15264433 | + | Allegheny Ophthalmic & Orbital Assoc, 420 E North Avenue, Suite 116, Pittsburgh, PA 15212-4746 |
| 15264446 | + | Janet Shepperd, 121 Leatherbark Road, Cranberry Twp, PA 16066-4759 |
| 15264456 | + | The Surgery Center at Cranberry, 105 Brandt Drive #101, Cranberry Twp, PA 16066-6414 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 00:32:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264434 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Nov 14 2025 00:43:39 | America's Servicing Company, PO Box 10388, Des Moines, IA 50306-0388 |
| 15264435 | | Email/Text: bncnotifications@pheaa.org | Nov 14 2025 00:33:00 | American Education Services, Payment center, Harrisburg, PA 17130-0001 |
| 15264436 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2025 00:33:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 15264432 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2025 00:33:00 | AAA Financial Services, PO Box 15019, Wilmington, DE 19886 |
| 15264437 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2025 00:33:00 | Bank of America Home Loans, PO Box 31785, Tampa, FL 33631-3785 |
| 15265799 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 14 2025 00:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15264439 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 14 2025 00:33:00 | Carrington Mortgage Services LLC, 1600 South Douglass Road, Suite 200A, Anaheim, CA 92806 |
| 15279680 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 14 2025 00:33:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15264438 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2025 00:31:08 | Care Credit/SYNCB, PO Box 960061, Orlando, FL 32896-0061 |
| 15264440 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2025 00:43:15 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 15264441 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2025 00:33:00 | Comenity - New York & Co, PO Box 659728, San Antonio, TX 78265 |
| 15274469 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 14 2025 00:33:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15264442 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 14 2025 00:33:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15264443 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 14 2025 00:34:00 | Genesis Credit, Bankcard Services, PO Box 84049, Columbus, GA 31908-4049 |
| 15264445 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2025 00:33:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16587245 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 00:43:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15265874 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 00:43:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15264447 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 00:31:35 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15264448 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2025 00:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15265941 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 14 2025 00:34:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15264449 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 14 2025 00:34:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 15264450 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2025 00:33:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15279656 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2025 00:33:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15264451 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 00:32:34 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 15287231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 00:44:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15264452 | + | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2025 00:34:00 | Quantum3 Group LLC, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15264453 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2025 00:32:44 | Sears Credit Cards, PO Boc 9001055, Louisville, KY 40290-1055 |
| 15264454 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2025 00:31:12 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15264710 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 00:43:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264455 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2025 00:32:26 | Synchrony Bank/Levin, PO Box 960061, Orlando, FL 32896-0061 |
| 15264457 | + | Email/Text: jill.locnikar@usdoj.gov | Nov 14 2025 00:33:00 | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15264458 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 14 2025 00:31:24 | U.S. Bank National Association, c/o America's Servicing Company, N9286-01Y, 1000 Blue Gentian Road, Saint Paul, MN 55121-1663 |
| 15264459 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 14 2025 00:33:00 | USAA Credit Cards, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 15289583 | ^ | MEBN | Nov 14 2025 00:19:34 | Veripro Solutions Inc., PO Box 3572, Coppell, TX 75019-5538 |
| 15286333 | | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2025 00:31:35 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15264444 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16587251 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 16587254 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 16587547 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15274485 | *+ | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Michael B. Shepperd bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Patricia A. Shepperd bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6